Shari Rusk #170313
Attorney at Law

916 2nd Ave.
2nd floor
Sacramento, CA 95818

Attorney for Defendant
JACOB DONOVAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>JACOB DONOVAN,<br><br>                              Defendant. | CASE NO.  2:26-CR-0035 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE:    June 11, 2026<br>TIME:      9:30 a.m.<br>COURT: Hon. TROY NUNLEY |

The United States of America, by and through Assistant U.S. Attorney JUSTIN LEE, and defendant Jacob Donovan, by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1.  This matter is presently set for a hearing on May 7, 2026.

2. The parties request that the Court set a status conference on June 11, 2026, at 9:30 a.m.

3. Based on the above, the parties request that the Court exclude the time between May 7, 2026, up to and including June 11, 2026, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Codes T4 and E. The parties agree that the

STIPULATION AND ORDER

1

interests of justice are served by excluding time under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.


Dated:  April 30, 2026                                ERIC GRANT
                                                                   Acting United States Attorney


                                                          By:  /s/ JUSTIN LEE
                                                                   JUSTIN LEE
                                                                   Assistant United States Attorney


Dated:  April 30, 2026                                /s/ SHARI RUSK
                                                                   SHARI RUSK
                                                                   Counsel for Defendant
                                                                   JACOB DONOVAN

STIPULATION AND ORDER                           2

**ORDER**

IT IS SO ORDERED.

Date April 30, 2026

_____
Troy L. Nunley
Chief United States District Judge