Shari Rusk #170313
Attorney at Law

916 2nd Ave.
2nd floor
Sacramento, CA 95818

Attorney for Defendant
JACOB DONOVAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB DONOVAN,<br>Defendant. | CASE NO. 2:26-CR-0035 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: October 15, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. TROY NUNLEY |

The United States of America, by and through Assistant U.S. Attorney JUSTIN LEE, and defendant Jacob Donovan, by and through counsel Shari Rusk, hereby agree and stipulate as follows:

1. This matter is presently set for a hearing on August 6, 2026.

2. The parties request that the Court set a status conference on October 15, 2026, at 9:30 a.m.

3. Based on the above, the parties request that the Court exclude the time between August 6, 2026, up to and including October 15, 2026, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Codes T4 and E. The parties agree that the

interests of justice are served by excluding time under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 28, 2026

ERIC GRANT
Acting United States Attorney

By: /s/ JUSTIN LEE
JUSTIN LEE
Assistant United States Attorney

Dated: July 28, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
JACOB DONOVAN

**ORDER**

IT IS SO ORDERED.

Date July 30, 2026

Troy L. Nunley
Chief United States District Judge