Shari Rusk, Bar No. 170313
Attorney at Law
916 2nd Street
Sacramento, California 95814
Tel: (916) 804-8656
Email: rusklaw@att.net

Attorney Requesting Substitution Out

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACOB DONOVAN,

Defendant.

No. 2:26-cr-0035 TLN

**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER**

Defendant, JACOB DONOVAN, hereby moves this Court for an order substituting MICHAEL HEUMANN, Attorney at Law as counsel of record for all purposes in this matter in lieu of previous counsel, Shari Rusk.

Date: August 19, 2026

Respectfully submitted,

/s/ Shari Rusk
Shari Rusk

/s/ Michael Heumann
Michael Heumann

/s/_Jacob Donovan____________
Jacob Donovan

**ORDER**

**IT IS HEREBY ORDERED.** Pursuant to this order, Michael Heumann, Attorney at Law, is substituted as attorney of record for all purposes in this matter.

Date: August 19, 2026

Troy L. Nunley
Chief United States District Judge