ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB DONOVAN,<br><br>Defendant. | CASE NO. 2:26-CR-00035-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 15, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 15, 2026.

2. By this stipulation, defendant now moves to continue the status conference until December 3, 2026, and to exclude time between October 15, 2026, and December 3, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes police reports, photographs, and videos related to the defendant's escape from BOP and his subsequent arrest by the Chico Police Department. All of

this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Current defense counsel substituted in on this case on August 19, 2026.

c) Counsel for defendant desires additional time consult with the defendant, conduct defense investigation, review the discovery, and otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2026 to December 3, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 8, 2026

ERIC GRANT
United States Attorney

/s/ Justin L. Lee
Justin L. Lee
Assistant United States Attorney

Dated: October 8, 2026

/s/ Michael Heumann
Michael Heumann
Counsel for Defendant
JACOB DONOVAN

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: October 8, 2026

Troy L. Nunley
Chief United States District Judge